UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY JACOBSEN,

       Plaintiff,

                                                    File No.  1:14-CV-922

v.

                                                    HON. ROBERT HOLMES BELL

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
                                        /

**ORDER APPROVING AND ADOPTING
<u>MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION</u>**

On September 9, 2015, Magistrate Judge Ellen S. Carmody issued a Report and Recommendation ("R&R") recommending that the Court affirm the final decision of the Commissioner of Social Security denying Plaintiff Gary Jacobsen's claim for Disability Insurance Benefits and Supplemental Security Income.  (ECF No. 12.)  The R&R was duly served on the parties. No objections have been filed, and the deadline for doing so has expired.  On review, the Court concludes that the R&R correctly analyzes the issues and makes a sound recommendation.  Accordingly,

      **IT IS HEREBY ORDERED**  that the September 9, 2015, R&R (ECF No. 12) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits is **AFFIRMED**.

**IT IS FURTHER ORDERED** that an appeal would not be taken in good faith.


Dated: <u>September 30, 2015</u>                              <u>/s/ Robert Holmes Bell                    </u>
                                                                                  ROBERT HOLMES BELL
                                                                                  UNITED STATES DISTRICT JUDGE